USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE MALDONADO,

Plaintiff,

-v-

FRANK BISIGNANO, *Commissioner of Social Security*,

Defendant.

**ORDER**

26-CV-4661 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 12 (the "Letter Motion"), requesting to extend the briefing schedule. The Letter Motion is **GRANTED**. The parties shall adhere to the following deadlines:

- Plaintiff's opening brief is due **December 2, 2026**;
- Defendant's response brief is due **February 1, 2027**;
- Plaintiff's reply brief, if any, is due **February 15, 2027**.

Additionally, in light of the representation that Plaintiff encountered a defect in the Certified Administrative Record ("CAR") the parties shall file a joint letter by **November 12, 2026** stating whether there is a need to refile or supplement the CAR at ECF No. 9.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 12 as **GRANTED**.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge